IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FAIRBANKS CAPITAL CORP., as SERVICER FOR BANK ONE, N.A. f/k/a THE FIRST NATIONAL BANK OF CHICAGO, as TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF SEPTEMBER 1, 1998, SERIES 1998-B, | ) ) ) ) ) ) ) | |
| Plaintiff, | ) ) | Civil No. _____ |
| v. | ) ) ) | 04 cv 10146 MLW |
| JAMES MORIN, NANCY MORIN, THERESA MORIN, UNITED STATES OF AMERICA, and VERIZON YELLOW PAGES COMPANY f/k/a BELL ATLANTIC YELLOW PAGES CO. f/k/a NYNEX INFOR., | ) ) ) ) ) ) ) | Formerly No. 294558 Suffolk County Land Court |
| Defendants. | ) | |

### UNITED STATES' NOTICE OF APPEARANCE

Please enter the appearance of Lydia D. Bottome, Trial Attorney, Tax Division, U.S. Department of Justice, Post Office Box 55, Ben Franklin Station, Washington, D.C. 20044, as attorney for the United States in the above-referenced proceeding.

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail on

January 23, 2004

_____
Barbara Healy Smith, AUSA
United States Attorney's Office
One Courthouse Way
Suite 9200
Boston, Massachusetts 02210
(617) 748-3282

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

_____
LYDIA D. BOTTOME (BBO # 640367)
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6560
Lydia.D.Bottome@usdoj.gov