IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

CIVIL NO. 04-CV-10146-MLW
FORMERLY NO. 294558
LAND COURT
MASSACHUSETTS

FAIRBANKS CAPITAL CORP., AS SERVICER FOR BANK ONE, N.A. F/K/A THE FIRST NATIONAL BANK OF CHICAGO, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF SEPTEMBER 1, 1998, SERIES 1998-B,

    Plaintiff,

v.

JAMES MORIN, NANCY MORIN AND THERESA MORIN, UNITED STATES OF AMERICA AND VERIZON YELLOW PAGES COMPANY F/K/A BELL ATLANTIC YELLOW PAGES CO. F/K/A NYNEX INFOR,

    Defendants.

## REQUEST FOR DEFAULT
### (Rule 55 (a))

I, Veronica C. Viveiros, attorney for the above-named Plaintiff, Fairbanks Capital Corp. as servicer for Bank One, N.A. f/k/a The First National Bank of Chicago, as Trustee Under the Pooling and Servicing Agreement dated as of September 1, 1998, Series 1998-B, state that a Complaint in this action was filed on or about November 26, 2003. The summons and a copy of the Complaint were served on the Defendants, Theresa Morin, Nancy Morin and James Morin on December 29, 2003. The Defendants herein have failed to serve responsive pleadings or to otherwise defend as provided by rule.

WHEREFORE, the Plaintiff, Fairbanks Capital Corp. as servicer for Bank One, N.A. f/k/a The First National Bank of Chicago, as Trustee Under the Pooling and Servicing Agreement dated as of September 1, 1998, Series 1998-B makes application that the Defendants, Theresa Morin, Nancy Morin and James Morin, be defaulted.

Signed under the penalties of perjury this \_\_\_\_ day of February 2004.

Respectfully submitted,
**FAIRBANKS CAPITAL CORP., AS SERVICER FOR BANK ONE, N.A. F/K/A THE FIRST NATIONAL BANK OF CHICAGO, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF SEPTEMBER 1, 1998, SERIES 1998-B**
By its Attorneys,

Veronica C. Viveiros
BBO#631233
David Rosen
BBO# 552866
HARMON LAW OFFICES, P.C.
P.O. Box 610389
Newton Highland, MA 02161
(617) 558-0500

DATED: February \_\_\_, 2004
Q:\LNR\Word\VCVletters\Morin - request for default.doc

## CERTIFICATE OF SERVICE

I, Veronica C. Viveiros, hereby certify that a true copy of the Request for Default was served on February 3, 2004 by mailing via first class mail, postage prepaid, to:

James Morin
256 Lynnfield Street
Peabody, MA 01960

Nancy Morin
256 Lynnfield Street
Peabody, MA 01960

Theresa Morin
256 Lynnfield Street
Peabody, MA 01960

Internal Revenue Service
Area Director
P.O. Box 9112
Stop 20800
JFK Federal Building
Boston, MA 02203

U.S. Department of Justice
Tax Division
Ben Franklin Station
Washington, DC 20044

United States Attorney
United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Verizon Yellow Pages Company f/k/a
Bell Atlantic Yellow Pages Co. f/k/a Nynex Infor
c/o Smith, Levenson, Cullen & Aylward, P.C.
5 Essex Green Drive
Peabody, MA 01960

Veronica C. Viveiros