IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FAIRBANKS CAPITAL CORP., as ) <br> SERVICER FOR BANK ONE, N.A. f/k/a ) <br> THE FIRST NATIONAL BANK OF CHICAGO, ) <br> as TRUSTEE UNDER THE POOLING AND ) <br> SERVICING AGREEMENT DATED AS OF ) <br> SEPTEMBER 1, 1998, SERIES 1998-B, ) <br>   ) <br> Plaintiff, ) <br>   ) <br> v. ) <br>   ) <br> JAMES MORIN, NANCY MORIN, ) <br> THERESA MORIN, UNITED STATES OF ) <br> AMERICA, and VERIZON YELLOW PAGES ) <br> COMPANY f/k/a BELL ATLANTIC YELLOW ) <br> PAGES CO. f/k/a NYNEX INFOR., ) <br>   ) <br> Defendants. ) | | Civil No. 04-10146-MLW <br><br><br> Formerly <br> No. 294558 <br> Suffolk County Land Court |

UNITED STATES' DISCLAIMER OF INTEREST

The United States, by its undersigned counsel, hereby disclaims any interest in the above-captioned action but reserves any rights it may otherwise have to pursue a separate action against the defendants. The United States does not take a position on the remand of this action to state court.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

*/s/ Lydia D. Bottome*

LYDIA D. BOTTOME
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6560

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing United States' Disclaimer of Interest has been made upon the following by depositing a copy in the United States mail, postage prepaid, this 19th day of February, 2004:

Veronica Viveiros
Harmon Law Offices
Post Office Box 610389
Newton Highlands, Massachusetts 02461-0389

James Morin
Nancy Morin
Theresa Morin
256 Lynnfield Street
Peabody, Massachusetts 01960

Verizon Yellow Pages Co.
f/k/a Bell Atlantic Yellow Pages Co.
f/k/a Nynex Infor.
c/o Smith, Levison, Cullen & Aylward, P.C.
5 Essex Green Drive
Peabody, Massachusetts 01960

LYDIA D. BOTTOME
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6560