UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FAIRBANKS CAPITAL CORP., as Servicer for Bank One, N.A. f/k/a The First National Bank of Chicago, as Trustee Under the Pooling and Servicing Agreement Dated as of September 1, 1998, Series 1998-B,<br><br>Plaintiff,<br><br>v.<br><br>JAMES MORIN; NANCY MORIN; THERESA MORIN; UNITED STATES OF AMERICA; and VERIZON YELLOW PAGES COMPANY, f/k/a Bell Atlantic Yellow Pages Co. f/k/a NYNEX INFOR.,<br><br>Defendants. | CIVIL ACTION<br>NO. 04-10146-MLW |

## NOTICE OF APPEARANCE

Please enter my appearance as local counsel, for purposes of notification of filings, for the defendant, United States of America (Internal Revenue Service). Attorney Lydia D. Bottome will remain as lead counsel for the defendant in the above-captioned matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Barbara Healy Smith
BARBARA HEALY SMITH
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 9200
Boston, MA 02210
(617) 748-3282

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail on
4 March 2004
/s/ Barbara Healy Smith
Assistant U.S. Attorney