UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FAIRBANKS CAPITAL CORP.,
    Plaintiff(s)                           CIVIL ACTION
                                              NO. 04-10146-MLW
    V.

JAMES MORIN, NANCY MORIN, THERESA MORIN, et al
    Defendant(s)

## NOTICE OF DEFAULT

Upon application of the Plaintiff(s), FAIRBANKS CAPITAL CORP., for an order of Default for failure of the Defendant(s), JAMES MORIN, NANCY MORIN, THERESA MORIN, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this 15TH day of MARCH, 2004.

                                                                 TONY ANASTAS, CLERK

                                      By:     /s/ Dennis O'Leary
                                                           Deputy Clerk

Notice mailed to:

(default.not - 10/96)                                                                                             [ntcdflt.]