# COMMONWEALTH OF MASSACHUSETTS
## LAND COURT
## DEPARTMENT OF THE TRIAL COURT

CIVIL ACTION
NO. 294558

Fairbanks Capital Corp., as Servicer for Bank One, N.A. f/k/a The First National Bank of Chicago, as Trustee under the Pooling and Servicing Agreement dated as of September 1, 1998, Series 1998-B , **Plaintiff(s)**

v.

James Morin, Nancy Morin, Theresa Morin, United States of America, and Verizon Yellow Pages Company f/k/a Bell Atlantic Yellow Pages co. f/k/a Nynex Infor. , **Defendant(s)**

## SUMMONS

To the above-named Defendant: Verizon Yellow Pages Company, c/o CT Corp. Systems, 101 Federal Street, Suite 300, Boston, MA

You are hereby summoned and required to serve upon Veronica C. Viveiros, Esq., Harmon Law Offices, P.C.

Plaintiff's attorney, whose address is PO Box 610389, Newton Highlands, MA 02461-0389, an answer to the complaint which is herewith served upon you, within 20* days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Recorder of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a) your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out the transaction or occurrence that is the subject matter of the plaintiff's claim or you will therefore be barred from making such claim in any other action.

Witness, KARYN F. SCHEIER, Chief Justice, at Boston, the ____10th____ day of ____December____, 20_03_.

_____
Deputy Recorder

**NOTICE TO DEFENDANT** - You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in The Land Court.

**NOTES**
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
   (1) EQUITY — (2) OTHER
4. *If the Commonwealth or an officer of agency thereof is a defendant, the time to be inserted is 60 days.

LCS-4 (01/03)

## PROOF OF SERVICE OF PROCESS

 **Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970. • 978-750-1900 ext. 3590

*Essex, ss.*

January 2, 2004

By virtue of this writ I have made diligent search for the within-named Village Yellow Pages and for its last and usual place of abode, and for his tenant, agent, or attorney, but could not find it within this county; I therefore return this writ without service. $16.00 – *Verizon Yellow Pages will not accept services at the Middleton address; serve at: CT Corp Systems, 101 Federal Street, Suite 300, Boston, Massachusetts 02110.*

Deputy Sheriff   Chester Kozlosky

Deputy Sheriff

Motion, Notice, Affidavit

, 20

16-00040

COMMONWEALTH OF MASSACHUSETTS
LAND COURT
DEPARTMENT OF THE TRIAL COURT

Suffolk , ss.

CIVIL ACTION
No. 294558

Fairbanks Capital Corp., as Servicer for Bank One , Pltff(s).

v.

James Morin, et al. , Deft(s).

SUMMONS
(Mass. R. Civ. P.4)



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

Suffolk, ss.

April 7, 2004

I hereby certify and return that on 1/16/2004 at 2:15:00 PM I served a true and attested copy of the Summons, Verified Complaint, Motion, Affidavit, Notice & Statement of Damages in this action in the following manner: To wit, by delivering in hand to C.Bonney, Process Clerk & agent in charge of its business, agent, person in charge at the time of service for Verizon Yellow Pages Company fka Bell, at , 101 Federal Street, C/O Ct Corp. Systems Boston, MA 02108. Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $37.00

Deputy Sheriff   John Cotter                                    /s/ John Cotter
                                                                 Deputy Sheriff

FILED
IN CLERKS OFFICE
2004 APR 12 P 4:03
U.S. DISTRICT COURT
DISTRICT OF MASS.